1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE HANEY,

     Plaintiff,                     No. CIV S-07-1322 WBS GGH P

    vs.

DERRAL G. ADAMS, Warden, et al.,

     Defendants.              TRANSFER ORDER

    _____/

         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Kings County,[1] which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

         Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the

---

[1] On the face of it, all but two of the twenty-plus defendants, N. Grannis and Gov. Schwarzenegger, are employed/reside in Kings County, and Grannis and the governor appear to be nominal defendants only.

1

1 court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's
2 request to proceed in forma pauperis.
3         Good cause appearing, IT IS HEREBY ORDERED that:
4         1. This court has not ruled on plaintiff's request to proceed in forma pauperis;
5         2. This action is transferred to the United States District Court for the Eastern
6 District of California sitting in Fresno; and
7         3. All future filings shall reference the new Fresno case number assigned and
8 shall be filed at:

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

DATED: 7/30/07

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
hane1322.22