IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE HANEY, | 1:07-cv-01104-OWW-NEW (DLB) (PC) |
| Plaintiff, | |
| vs. | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| DARREL G. ADAMS, et al., | (DOCUMENT #2) |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the statutory filing fee of $350.00 for this action.[1] Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be collected and forwarded by

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $350.00. See 28 U.S.C. § 1914(a).

-1-

1  the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds
2  $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).
3       In accordance with the above, IT IS HEREBY ORDERED that:
4           1.  Plaintiff's request for leave to proceed in forma pauperis is granted.
5           2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  The fee
6  shall be collected and paid in accordance with this court's order to the Director of the California
7  Department of Corrections filed concurrently herewith.
8
9       IT IS SO ORDERED.
10      Dated:   **August 7, 2007**            **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE