1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

7
8

9  MONTE HANEY,                                   CASE NO. 1:07-cv-01104-OWW-GSA PC

10                        Plaintiff,              ORDER GRANTING MOTION TO CORRECT
                                                 DOCKETING ERRORS RELATING TO
11           v.                                  DEFENDANTS' NAMES AND JURY
                                                 DEMAND
12  WARDEN DERRAL G. ADAMS, et al.,
                                                 (Doc. 16)
13                        Defendants.

14  _____/

15
16          Plaintiff Monte Haney ("Plaintiff") is a state prisoner proceeding pro se and in forma

17  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 9, 2008, Plaintiff filed

18  a motion seeking to correct docketing errors made in the opening of this action.  Plaintiff seeks to

19  correct Defendants S. Torres, A. Muslett, and L. Cameron to G. Torres, A. Musleh, and L. Camero,

20  and to correct the docket to reflect that jury trial was demanded.

21          The Court reviewed the requested changes and they have been made.  Plaintiff's motion is

22  THEREFORE GRANTED.

23
24          IT IS SO ORDERED.

25          **Dated:    April 24, 2008**            _____/s/ **Gary S. Austin**_____
                                                   UNITED STATES MAGISTRATE JUDGE
26
27
28

1