# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE HANEY, | CASE NO. 1:07-cv-01104-OWW-GSA PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 24) |
| WARDEN DERRAL G. ADAMS, et al., | ORDER DIRECTING CLERK'S OFFICE TO SEND CONSENT/DECLINE FORM TO PLAINTIFF |
| Defendants. | |

Plaintiff Monte Haney ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 16, 2007, and again on August 9, 2007, Plaintiff consented in writing to Magistrate Judge jurisdiction. On March 2, 2009, Plaintiff filed a motion seeking to withdraw his consent.

Once a civil case is referred to a Magistrate Judge under 28 U.S.C. § 636(c), the reference can be withdrawn only "for good cause shown on its own motion, or under extraordinary circumstances shown by any party." Dixon v. Ylst, 990 F.2d 478, 480 (9th Cir. 1993). This matter has not yet been referred to the Magistrate Judge pursuant to section 636(c), and Plaintiff may simply file written notice of his decline to Magistrate Judge jurisdiction. Plaintiff's motion is denied as premature on the ground that no referral has been made.

However, beyond wanting to withdraw his consent, Plaintiff does not want the Magistrate Judge to handle any matters in this action. Plaintiff may not preclude the involvement of the Magistrate Judge in handling any matters that fall under section 636(b). Those matters have been

1

referred to the Magistrate Judge pursuant to Local Rule 72-302(c), and are not dependent upon Plaintiff's consent. Accordingly, Plaintiff's motion for the removal of the Magistrate Judge assigned to this case for any and all proceedings is denied.

For the reasons set forth herein, Plaintiff's motion is HEREBY DENIED, and the Clerk's Office shall send Plaintiff a consent/decline form.

IT IS SO ORDERED.

**Dated:  March 6, 2009**                                 /s/ Oliver W. Wanger
                                                            UNITED STATES DISTRICT JUDGE