# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE HANEY,<br><br>                    Plaintiff,<br><br>     v.<br><br>WARDEN DERRAL G. ADAMS, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:07-cv-01104-OWW-GSA PC<br><br>ORDER DENYING PLAINTIFF'S PETITION FOR WRIT OF MANDAMUS<br><br>(Doc. 23) |

Plaintiff Monte Haney is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 3, 2008, Plaintiff filed a petition for writ of mandamus pursuant to 28 U.S.C. § 1651. Plaintiff seeks an order directing Vela Lopez, a prison law library employee, to return the legal material she confiscated from Plaintiff's cell on October 28, 2008.

Mandamus "is a drastic and extraordinary remedy reserved for really extraordinary causes." Cheney v. U.S. Dist. Court for Dist. of Columbia, 542 U.S. 367, 380, 124 S.Ct. 2576, 2586 (2004) (internal quotations and citations omitted). "The All Writs Act . . . may only be invoked in aid of jurisdiction which already exists," Malone v. Calderon, 165 F.3d 1234, 1237 (9th Cir. 1999), and mandamus "is appropriately issued only when (1) the plaintiff's claim is clear and certain; (2) the defendant official's duty to act is ministerial, and so plainly prescribed as to be free from doubt; and (3) no other adequate remedy is available," Barron v. Reich, 13 F.3d 1370, 1374 (9th Cir. 1994) (internal citations and quotations omitted).

///

1    The claims in this action arise from the alleged use of excessive physical force and
2 discriminatory denial of outdoor exercise by prison officials, in violation of Plaintiff's rights under
3 the Eighth and Fourteenth Amendments of the United States Constitution.  The events giving rise
4 to Plaintiff's claims occurred in 2006 and 2007 at California State Prison- Corcoran, where Plaintiff
5 is incarcerated.

6    The confiscation of Plaintiff's legal property from his cell by a prison employee is not an
7 extraordinary cause justifying mandamus relief.  Further, the pendency of this action provides no
8 jurisdictional basis for the Court to intervene in an unrelated property dispute between Plaintiff and
9 Ms. Lopez.

10    Therefore, Plaintiff's petition for a writ of mandamus, filed November 3, 2008, is HEREBY
11 DENIED.

13 IT IS SO ORDERED.

14 **Dated:   June 11, 2009**                              /s/ Oliver W. Wanger
                                                         UNITED STATES DISTRICT JUDGE