UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE HANEY, ) | 1:07-cv-01104-OWW-GSA-PC |
| ) | |
| Plaintiff, ) | ORDER GRANTING MOTION TO CONDUCT DISCOVERY |
| ) | |
| v. ) | (Doc. 37.) |
| ) | |
| WARDEN DARREL G. ADAMS, et al., ) | ORDER DENYING MOTION FOR EXTENSION OF TIME |
| ) | |
| ) | (Doc. 38.) |
| Defendants. ) | |
| _____ ) | |

Monte Haney ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 5, 2007, and the action now proceeds with the amended complaint filed on July 16, 2008. (Docs. 1, 22.)

On August 24, 2010, Plaintiff filed a motion for leave to conduct discovery. (Doc. 37.) The Court issued an order on August 16, 2010, commencing discovery in this action. (Doc. 36.) Therefore, Plaintiff's motion for leave to conduct discovery shall be granted.

On August 24, 2010, Plaintiff filed a motion for an extension of time to respond to the answer filed by Defendants on August 16, 2010. (Doc. 38.) A reply to an answer is not an allowed pleading within the meaning of Rule 7(a) of the Federal Rules of Civil Procedure unless the court orders one, and the court has not ordered a reply in this action. Fed.R.Civ.P. 7(a)(7). Therefore, Plaintiff's motion for extension of time shall be denied.

1

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to conduct discovery is GRANTED; and
2. Plaintiff's motion for extension of time is DENIED.


IT IS SO ORDERED.

**Dated:** **August 25, 2010**       /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

2