# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE HANEY,<br><br>    Plaintiff,<br><br>  v.<br><br>DARREL G. ADAMS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:07-cv-01104-OWW-GBC (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME NUNC PRO TUNC TO SERVE DISCOVERY<br><br>(Docs. 47, 48) |

  Plaintiff Monte Haney ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 5, 2007. (Doc. 1). This action is proceeding on Plaintiff's first amended complaint filed on July 16, 2008. (Docs. 22, 32). On November 19, 2010, Plaintiff filed a motion to compel. (Doc. 47). On December 7, 2010, Defendants filed a reply and a motion for extension of time to allow Defendants to properly respond to the discovery request which is the subject of Plaintiff's motion to compel. (Doc. 48).

  Defendants concede that Plaintiff requested production of documents and that Defendants inadvertently did not serve the documents to Plaintiff. Defendants request that the Court grants an extension, nunc pro tunc to the deadline to serve responses to Plaintiff's two sets of requests for production of documents. As Defendants have demonstrated good cause for the extension of time and willingness to cooperate with discovery, it is HEREBY ORDERED that:

  1.  Plaintiff's motion to compel is DENIED; and

1

2. Defendants' motion for extension of time, nunc pro tunc, to respond to Plaintiff's discovery request is GRANTED.

IT IS SO ORDERED.

Dated: July 1, 2011

_____
UNITED STATES MAGISTRATE JUDGE