# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE HANEY, | CASE NO. 1:07-cv-01104-OWW-GBC (PC) |
| Plaintiff, | ORDER DENYING DUPLICATIVE MOTION FILED ON JANUARY 3, 2011 |
| v. | (Doc. 53) |
| DARREL G. ADAMS, et al., | |
| Defendants. | |
| / | |

**I.    Procedural History**

Plaintiff Monte Haney ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 5, 2007. (Doc. 1). This action is proceeding on Plaintiff's first amended complaint filed on July 16, 2008, for: 1) excessive force on December 14, 2006, in violation of the Eighth Amendment by defendants J.G. Oaks and D. Silva; 2) deprivation of outdoor exercise from December 15, 2006 to March 15, 2007, in violation of the Eighth Amendment by defendants R. Botello, M. Rickman, F. Oliver, G. Torres, T. Cano; and 3) deprivation of outdoor exercise of African-American inmates in violation of the Fourteenth Amendment equal protection clause by defendants R. Botello, M. Rickman, F. Oliver, G. Torres, T. Cano. (Docs. 22, 28, 32).

///
///
///

     Plaintiff's motion filed January 3, 2011 (Doc. 53), is a copy of the motion filed on December 21, 2010 (doc. 49), and appears to have been submitted as proof that Plaintiff served the motion. Thus, the Court orders that Plaintiff's motion filed on January 3, 2011, is DENIED as duplicative. (Doc. 53).

IT IS SO ORDERED.

Dated:   July 1, 2011                                  /s/                     
                                                         UNITED STATES MAGISTRATE JUDGE