# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE HANEY, | CASE NO. 1:07-cv-01104-OWW-GBC (PC) |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION REQUESTING SUBPOENA DUCES TECUM (Doc. 49) |
| v. | |
| DARREL G. ADAMS, et al., | |
| Defendants. | THIRTY-DAY DEADLINE |
| / | |

**I.  Procedural History**

Plaintiff Monte Haney ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 5, 2007. (Doc. 1). This action is proceeding on Plaintiff's first amended complaint filed on July 16, 2008, for: 1) excessive force on December 14, 2006, in violation of the Eighth Amendment by defendants J.G. Oaks and D. Silva; 2) deprivation of outdoor exercise from December 15, 2006 to March 15, 2007, in violation of the Eighth Amendment by defendants R. Botello, M. Rickman, F. Oliver, G. Torres, T. Cano; and 3) deprivation of outdoor exercise of African-American inmates in violation of the Fourteenth Amendment equal protection clause by defendants R. Botello, M. Rickman, F. Oliver, G. Torres, T. Cano.  (Docs. 22, 28, 32).

On December 21, 2010, Plaintiff filed a motion for subpoena duces tecum for the following documents: 1) watch commander's incident reports log of defendants J.G. Oaks, D. Silva, R. Botello, M. Rickman and F. Oliver from August 2006 to June 2009; 2) disciplinary files of defendants J.G.

1  Oaks, D. Silva, R. Botello, M. Rickman and F. Oliver from 2006 to December 2009; and 3) internal
2  affairs files and personnel files of J.G. Oaks, D. Silva, R. Botello, and M. Rickman from 2006 to
3  December 2009.  (Doc. 49 at 1-2).
4       Defendants were required to file an opposition or a statement of non-opposition to the motion
5  within twenty-one days, but has not done so.  Local Rule 78-230(m).  Accordingly, within **thirty**
6  **(30) days** from the date of service of this order, Defendants must file an opposition or a statement
7  of non-opposition to the above-mentioned motions.

9  IT IS SO ORDERED.

10  Dated:   July 1, 2011
11                                              UNITED STATES MAGISTRATE JUDGE