1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   MONTE HANEY,

CASE NO. 1:07-cv-01104-OWW-GBC (PC)

10              Plaintiff,

ORDER REQUIRING PLAINTIFF TO FILE
OPPOSITION OR STATEMENT OF NON-
OPPOSITION TO DEFENDANTS' MOTION

11       v.

FOR SUMMARY JUDGMENT

12   DARREL G. ADAMS, et al.,

(Doc. 54; 67)

13              Defendants.

THIRTY-DAY DEADLINE

14                                        /

15

16

## I.       Procedural History

17
         Plaintiff Monte Haney ("Plaintiff") is a state prisoner proceeding pro se and in forma

18
pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on July

19
5, 2007.  Doc. 1.  This action is proceeding on Plaintiff's first amended complaint filed on July 16,

20
2008, for: 1) excessive force on December 14, 2006, in violation of the Eighth Amendment by

21
defendants J.G. Oaks and D. Silva; 2) deprivation of outdoor exercise from December 15, 2006 to

22
March 15, 2007, in violation of the Eighth Amendment by defendants R. Botello, M. Rickman, F.

23
Oliver, G. Torres, T. Cano; and 3) deprivation of outdoor exercise of African-American inmates in

24
violation of the Fourteenth Amendment equal protection clause by defendants R. Botello, M.

25
Rickman, F. Oliver, G. Torres, T. Cano.  Doc. 22; Doc. 28; Doc. 32.

26
         On June 21, 2011, Defendants filed a motion for summary judgment.  Doc. 54; Doc. 55.  On

27
August 8, 2011, the Court granted Plaintiff's motion for extension of time to file a response to

28
Defendants' motion for summary judgment.  Doc. 64.  On August 22, 2011, the Court relieved

1

1   Plaintiff of the obligation to respond to Defendants' motion for summary judgment until pending

2   discovery motions were resolved.  Doc.  67.  On December 20, 2011, the Court issued an order

3   which resolved all pending discovery motions upon discovering that they were filed after the

4   discovery and scheduling deadline previously set by the Court.  Doc.  80.

5        Accordingly, as there exist no pending discovery motions within **thirty (30) days** from the

6   date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to

7   Defendants' motion for summary judgment filed on June 21, 2011.  Doc. 54; Doc. 55.  As Plaintiff

8   has been granted previous extensions, no further extensions of time will be considered.

9

10   IT IS SO ORDERED.

11

12   Dated:    January 3, 2012                                               
UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28