# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE L. HANEY,<br><br>             Plaintiff,<br><br>      v.<br><br>ADAMS, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:07-cv-01104-AWI-GBC PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A STATEMENT OF UNDISPUTED FACTS AND CONSTRUING IT AS HIS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc 84)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A REPLY, IF ANY, WITHIN FIVE (5) DAYS |

Plaintiff Monte Haney ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302. The action is proceeding on the First Amended Complaint on Plaintiff's claims for relief under section 1983 against Defendants J.G. Oaks and D. Silva for excessive force; against Defendants R. Botello, M. Rickman, F. Oliver, G. Torres, and T. Cano for denial of exercise; and against Defendants R. Botello, M. Rickman, F. Oliver, G. Torres, and T. Cano for denial of equal protection. (Docs. 28, 30.)

On June 21, 2011, Defendants filed a motion for summary judgment. (Doc. 54.) Discovery disputes existed and Plaintiff was ultimately provided an extension to file an opposition.[1] (Doc. 82.)

---

[1] Plaintiff was provided with the requirements to oppose a motion for summary judgment on June 15, 2010. (Doc. 34-1.)

1

1 Instead of filing an opposition, Plaintiff filed a motion for leave to file a statement of undisputed
2 facts, a statement of undisputed facts, and a notice of lodging records which he references as exhibits
3 in support of his statement of undisputed facts. (Docs. 84, 85, 86.) Defendants did not file an
4 opposition/response to Plaintiff's motion to for leave to file the statement of undisputed facts, nor
5 did they respond to either of Plaintiff's accompanying documents.

6 While Defendants have waived their opportunity to oppose Plaintiff's motion for leave to file
7 a statement of undisputed facts, they are hereby given notice that Plaintiff's statement of undisputed
8 facts and lodged records will be construed has his opposition to their motion for summary judgment
9 and are thus given opportunity to file a reply.

10 Accordingly, IT IS HEREBY ORDERED that:
11 1. Plaintiff's motion for leave to file a statement of undisputed facts, filed February 7,
12 2012 (Doc. 84) is GRANTED;
13 2. Plaintiff's statement of undisputed facts (Doc. 85) and records lodged (Doc. 86) are
14 construed as his opposition to Defendants' motion for summary judgment; and
15 3. Defendants are directed to file a reply, if any, within five (5) days of the date of
16 service of this order.

17 IT IS SO ORDERED.

18 Dated:   March 7, 2012
19 UNITED STATES MAGISTRATE JUDGE