# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE L. HANEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADAMS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-01104-AWI-SMS (PC)<br><br>ORDER REASSIGNING<br>MAGISTRATE JUDGE |

　　　IT IS HEREBY ORDERED that this case is reassigned from Magistrate Judge Gerald B. Cohn (GBC) to Magistrate Judge Sandra M. Snyder (SMS) for all further proceedings and that all future pleadings and/or correspondence shall hereinafter be correctly numbered as follows:

　　　　　　　　　　　　　　　1:07-cv-01104-AWI-SMS (PC)

　　　Use of an incorrect case number, including the judge's initials, could result in documents being misdirected and/or incorrectly calendared by the appropriate judicial officer and/or staff.

IT IS SO ORDERED.

Dated:　August 31, 2012　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1