# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE HANEY,<br><br>            Plaintiff,<br><br>    v.<br><br>ADAMS, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:07-cv-01104-AWI-SMS (PC)<br><br>ORDER DENYING PLAINTIFF'S EX PARTE REQUEST FOR A SETTLEMENT CONFERENCE AND REQUIRING THE PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE BEFORE UNITED STATES MAGISTRATE JUDGE NANDOR VADAS WOULD BE BENEFICIAL<br><br>(Doc. 109)<br><br>THIRTY-DAY DEADLINE |

      Plaintiff Monte Haney ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 5, 2007 and is proceeding on the First Amended Complaint, filed on July 16, 2008, for: 1) excessive force on December 14, 2006, in violation of the Eighth Amendment by defendants J.G. Oaks and D. Silva; 2) deprivation of outdoor exercise from December 15, 2006 to March 15, 2007, in violation of the Eighth Amendment by defendants R. Botello, M. Rickman, F. Oliver, G. Torres, T. Cano; and 3) deprivation of outdoor exercise of African-American inmates in violation of the Fourteenth Amendment equal protection clause by defendants R. Botello, M. Rickman, F. Oliver, G. Torres, T. Cano. (Doc. 1, Orig. C.O; Doc. 22, 1st A.C.; Doc. 28, Screen O.; Doc. 30, Plntf Notice; Doc. 32, O Service.)

      On October 31, 2012, Plaintiff filed an ex parte request that a settlement conference be

scheduled in this case. (Doc. 109.) Defendants have not opposed or otherwise responded to this request.

This Court has been provided with the opportunity to refer cases for settlement to the Honorable Nandor Vadas, a United States Magistrate Judge with the Northern District of California. Settlement conferences are held in person at a prison in the Sacramento Division of the Eastern District of California. Plaintiff and Defendants shall notify the Court whether they believe, in good faith, that settlement in this case is a possibility and whether they will voluntarily submit to and are interested in having a settlement conference with Judge Vadas.[1]

The facility at which the settlement conferences are conducted is not a Level IV prison. Therefore, Defendants' counsel shall notify the Court whether there are security concerns that would prohibit scheduling a settlement conference. If security concerns exist, counsel shall notify the Court whether those concerns can be adequately addressed if Plaintiff is transferred to the prison for settlement only and then returned to a Level IV prison for housing.

Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff and Defendants shall file written responses to this order.[2]

IT IS SO ORDERED.

Dated:   November 26, 2012                        /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The parties may wish to discuss the issue by telephone in determining whether they believe settlement is feasible.

[2] The issuance of this order does not guarantee referral to Judge Vadas, but the Court will make every reasonable attempt to secure the referral should both parties desire a settlement conference with Judge Vadas. If the case is referred for settlement, the case will be stayed by order pending completion of the settlement conference.