# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE L. HANEY, | CASE NO. 1:07-cv-1104-AWI-SMS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF BE DENIED |
| v. | |
| ADAMS, et al., | |
| Defendants. | (Docs. 93, 117) |

Plaintiff Monte Haney ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 5, 2007 and is proceeding on the First Amended Complaint, filed on July 16, 2008, for: (1) excessive force on December 14, 2006, in violation of the Eighth Amendment by Defendants J.G. Oaks and D. Silva; (2) deprivation of outdoor exercise from December 15, 2006 to March 15, 2007, in violation of the Eighth Amendment by Defendants R. Botello, M. Rickman, F. Oliver, G. Torres, T. Cano; and (3) deprivation of outdoor exercise of African-American inmates in violation of the Fourteenth Amendment Equal Protection Clause by Defendants R. Botello, M. Rickman, F. Oliver, G. Torres, T. Cano.

On April 4, 2012, Plaintiff filed a motion for preliminary injunction and temporary restraining order. On December 7, 2012, a findings and recommendation issued recommending denial and providing for objections to be filed within thirty days. Plaintiff filed timely objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that :

1. The Findings and Recommendations, filed December 7, 2012 (Doc. 117), is adopted in full; and

2. Plaintiff's motion for preliminary injunction and temporary restraining order, filed April 4, 2012 (Doc. 93), is DENIED.

IT IS SO ORDERED.

Dated:   February 11, 2013

SENIOR DISTRICT JUDGE