# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE HANEY,<br><br>            Plaintiff,<br><br>    v.<br><br>DARREL G. ADAMS, et al.,<br><br>            Defendants. | Case No.  1:07-cv-01104-AWI-SMS (PC)<br><br>**ORDER DENYING AS MOOT**<br>**MOTION FOR WRIT OF EXECUTION**<br><br><br>(Doc. 140) |

On September 11, 2013, Plaintiff Monte Haney moved for a writ of execution to ensure payment to him of amounts due pursuant to the parties' settlement agreement. Doc. 140. On September 26, 2013, Plaintiff filed a Statement of Non-Opposition to Defendant's [*sic*] Stipulation for Voluntary Dismissal With Prejudice (Doc. 142), in which he acknowledged that he received his settlement payment on September 16, 2013, and indicated that the pending motion (Doc. 140) had become moot. Accordingly, the Court hereby DENIES Plaintiff's Motion for a Writ of Execution as moot.

IT IS SO ORDERED.

DATED: 10/3/2013                              /s/ SANDRA M. SNYDER
                                                  UNITED STATES MAGISTRATE JUDGE