1
2
3

# UNITED STATES DISTRICT COURT

4

## EASTERN DISTRICT OF CALIFORNIA

5
6

MONTE HANEY,

**Case No.  1:07-cv-01104-AWI-SMS (PC)**

7

Plaintiff,

**ORDER DENYING AS MOOT
PLAINTIFF'S MOTION TO REOPEN
CASE AND RETAIN JURISDICTION**

8

v.

9

DARREL G. ADAMS, et al.,

10

Defendants.

11

(Doc. 141)

12
13
14

    On September 11, 2013, Plaintiff Monte Haney moved for an order reopening the case

15

and providing for the Court to retain jurisdiction pending payment of amounts due under the

16

parties' settlement agreement.  Doc. 141.  On September 26, 2013, Plaintiff filed a Statement of

17

Non-Opposition to Defendant's [*sic*] Stipulation for Voluntary Dismissal With Prejudice (Doc.

18

142), in which he acknowledged that he received his settlement payment on September 16, 2013,

19

and indicated that the pending motion (Doc. 141) had become moot.  Accordingly, the Court

20

hereby DENIES as moot Plaintiff's Motion to Re-Open the Case and Retain Jurisdiction.

21
22

    IT IS SO ORDERED.

23

DATED:  <u>10/3/2013</u>                    <u>/s/ SANDRA M. SNYDER                    </u>
                                                  UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28

1