# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

MONTE HANEY,

                Plaintiff,

    v.

DARREL G. ADAMS, et al.,

                Defendants.

**Case No.  1:07-cv-01104-AWI-SMS (PC)**

**ORDER DENYING AS MOOT
PLAINTIFF'S MOTION TO REOPEN
CASE AND RETAIN JURISDICTION**

(Doc. 141)

      On September 11, 2013, Plaintiff Monte Haney moved for an order reopening the case and providing for the Court to retain jurisdiction pending payment of amounts due under the parties' settlement agreement.  Doc. 141.  On September 26, 2013, Plaintiff filed a Statement of Non-Opposition to Defendant's [*sic*] Stipulation for Voluntary Dismissal With Prejudice (Doc. 142), in which he acknowledged that he received his settlement payment on September 16, 2013, and indicated that the pending motion (Doc. 141) had become moot.  Accordingly, the Court hereby DENIES as moot Plaintiff's Motion to Re-Open the Case and Retain Jurisdiction.

      IT IS SO ORDERED.

DATED: <u>10/3/2013</u>               /s/ SANDRA M. SNYDER_____
                                       UNITED STATES MAGISTRATE JUDGE